

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00092-CV

Mitchell **PATTERSON**,
Appellant

v.

Gloria A. **PATTERSON**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-10579
Honorable Laura Salinas, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are taxed against Appellant Mitchell Patterson.

SIGNED August 11, 2021.

Liza A. Rodriguez, Justice